

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 2:25cr138 |
| v. | ) |
| | ) 18 U.S.C. § 111(a)(1) |
| SARAI CARRILLO | ) 18 U.S.C. § 2231(a) |

# INDICTMENT

THE GRAND JURY CHARGES:

## Count 1
(Assaulting, Resisting, or Impeding a Federal Officer or Employee)

On or about October 23, 2025, in the Northern District of Indiana, the defendant

### SARAI CARRILLO

forcibly assaulted, resisted, opposed, impeded, and interfered with a person designated in 18 U.S.C. § 1114, namely an officer and employee of the United States, while engaged in and on account of the performance of official duties, and such acts involved physical contact with the victim.

All in violation of Title 18, United States Code, Section 111(a)(1).

1

## Count 2
(Assault or Resistance to a Person
Authorized to Make Searches and Seizures)

On or about October 23, 2025, in the Northern District of Indiana, the defendant

### SARAI CARRILLO

forcibly assaulted, resisted, opposed, impeded, and interfered with a person authorized to make searches and seizures while engaged in the performance of his duties with regard thereto and on account of the performance of such duties.

All in violation of Title 18, United States Code, Section 2231(a).

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON


M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY


By:   */s/ Steven J. Lupa*
      STEVEN J. LUPA
      Assistant United States Attorney
      Northern District of Indiana